UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OFFICE OF THE ATTORNEY GENERAL,
THE STATE OF FLORIDA, Dept. Of Legal
Affairs, and THE STATE OF
CONNECTICUT, Office of the Attorney
General,

      Plaintiffs,

      v.                CASE NO. 8:14-cv-01825-T-30MAP

BERGER LAW GROUP, P.A., IAN
BERGER, LITIGATION LAW, LLC, GARY
DIGIROLAMO, THE RESOLUTION LAW
GROUP, P.C., R. GEOFFREY BRODERICK
THE RESOLUTION LAW CENTER, LLC,
and DAVID FRIEDMAN,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

Before the Court is Plaintiffs' motion for ex parte temporary restraining order with asset freeze and other equitable relief and order to show cause why a preliminary injunction should not issue (doc. 6). On August 1, 2014, the district judge issued a temporary restraining order in this matter and referred the motion for preliminary injunction to me for a report and recommendation. I held a status hearing on August 8, 2014, at which time I advised Defendants Litigation Law, LLC, the Resolution Law Group, P.C., and the Resolution Law Center, LLC, who were unrepresented at the hearing, to obtain counsel and respond to Plaintiffs' motion by August 12, 2014. They failed to respond. Therefore, under Local Rule 3.01(b), the Court presumes the Defendants Litigation Law, LLC, the Resolution Law Group, P.C.,

and the Resolution Law Center, LLC have no objection to the motion.[1]  Accordingly for the reasons stated in Plaintiffs' motion, it is hereby

RECOMMENDED:

1.  That a preliminary injunction be entered against Defendants Litigation Law, LLC, the Resolution Law Group, P.C., and the Resolution Law Center, LLC as proposed by Plaintiffs in their motion for ex parte temporary restraining order with asset freeze and other equitable relief and order to show cause why a preliminary injunction should not issue (doc. 6).

IT IS SO RECOMMENDED in Tampa, Florida on August 26, 2014.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[1] The remaining Defendants entered into a stipulated preliminary injunction (doc. 40), which was granted by the district judge on August 22, 2014 (doc. 42).