**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OFFICE OF THE ATTORNEY
GENERAL and STATE OF
CONNECTICUT,

    Plaintiffs,

v.                                              Case No: 8:14-cv-1825-T-30MAP

BERGER LAW GROUP, P.A., IAN
BERGER, LITIGATION LAW, LLC,
GARY DIGIROLAMO, THE
RESOLUTION LAW GROUP, P.C., R.
GEOFFREY BRODERICK, THE
RESOLUTION LAW CENTER, LLC,
DAVID FRIEDMAN, STEPHEN R.
KOPOLOW, P.C., STEPHEN RANDALL
KOPOLOW, ONISAK, LLC,
REMARQUE HOLDINGS, LLC, PHILIP
KRAMER and CHRISTOPHER WRIGHT
FOX,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #45). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #45) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. A Preliminary Injunction will be entered against Defendants Litigation Law, LLC, the Resolution Law Group, P.C., and the Resolution Law Center, LLC, as proposed by Plaintiff in their motion for *ex parte* temporary restraining order with asset freeze and other equitable relief and order to show cause why a preliminary injunction should not issue (Dkt. #6).

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1825 adopt 45.docx