UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OFFICE OF THE ATTORNEY
GENERAL and STATE OF
CONNECTICUT,

    Plaintiffs,

v.                                               Case No: 8:14-cv-1825-T-30MAP

BERGER LAW GROUP, P.A., IAN
BERGER, LITIGATION LAW, LLC,
GARY DIGIRALAMO, THE
RESOLUTION LAW GROUP, P.C., R.
GEOFFREY BRODERICK, THE
RESOLUTION LAW CENTER, LLC,
DAVID FRIEDMAN, STEPHEN R.
KOPOLOW, P.C., STEPHEN RANDALL
KOPOLOW, ONISAK, LLC,
REMARQUE HOLDINGS, LLC, PHILIP
KRAMER and CHRISTOPHER WRIGHT
FOX,

    Defendants.
_____

**ORDER**

THIS CAUSE came for hearing on October 30, 2014, on the Non-Party Roth Investment Partnership's Motion Requiring Receiver to Pay Rent, or, in the Alternative, to Allow Movant to File Eviction Lawsuit and Memorandum of Law (Dkt. #62) and the Receiver's Response in Opposition (Dkt. #64); and Non-Party Vincent Jankowski's Motion for Miscellaneous Relief (Dkt. #63) and the Receiver's Response in Opposition

(Dkt. #69). Having heard argument from counsel, and being otherwise advised of the premises, it is ORDERED AND ADJUDGED that:

1. Roth Investment Partnership's Motion Requiring Receiver to Pay Rent, or, in the Alternative, to Allow Movant to File Eviction Lawsuit and Memorandum of Law (Dkt. #62) is GRANTED to the extent that Roth Investment Partnership may proceed with eviction proceedings if necessary.

2. Vincent Jankowski's Motion for Miscellaneous Relief (Dkt. #63) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of November, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1825 receiver issues.docx

2