UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OFFICE OF THE ATTORNEY GENERAL
and STATE OF CONNECTICUT,

      Plaintiffs,

v.                                    Case No. 8:14-cv-1825-T-30MAP

LITIGATION LAW, LLC, THE
RESOLUTION LAW GROUP, P.C., THE
RESOLUTION LAW CENTER, LLC,
ONISAK, LLC, REMARQUE
HOLDINGS, LLC, and CHRISTOPHER
WRIGHT FOX,

      Defendants.
_____/

**ORDER GRANTING RECEIVER'S FIRST APPLICATION FOR PAYMENT FOR SERVICES RENDERED AND REIMBURSEMENT FOR COSTS INCURRED**

    THIS CAUSE is before the Court on Receiver's First Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Dkt. 126), in which Mark J. Bernet, as Receiver for Berger Law Group, P.A., Litigation Law, LLC, The Resolution Law Group, P.C., and The Resolution Law Center, LLC seeks payment of $58,548.75 for services rendered and reimbursement of $232.97 for costs incurred, during the period beginning July 30, 2014, and continuing through December 31, 2014 (the "First Interim Fee Period").

    The Receiver has served as a receiver for approximately 50 different entities in approximately a dozen lawsuits since 2003. By order of this Court on August 1, 2014 (Dkt.

10), he was appointed receiver for the Defendants. In support of his application, the Receiver submitted that during the First Interim Fee Period he recorded 180.15 hours on matters related to his service as receiver. The particular tasks are described generally in the Receiver's Application, with a more specific hourly invoice attached as Exhibit 1. The Receiver requests compensation at an hourly rate of $325.00, a discount of $110.00 per hour off his regular hourly rate. He also recorded $232.97 in expenses, which are likewise itemized in Exhibit 1.

The Court has considered the Receiver's Application carefully. The Court notes that the Receiver, prior to filing the application with the Court, conferred with counsel for the Plaintiffs, who have no objection. The Defendants have been unresponsive, both to the Receiver's request for a pre-filing conferral and this Court's Order to Show Cause for failing to respond to the Receiver's Application (Dkt. 127).

The Court further finds that the time recorded by the Receiver on this case during the First Interim Fee period—180.15 hours—is reasonable and that the Receiver's hourly rate—$325.00 per hour—is at or below the market rate. It is also reasonable. Finally, the Court finds that it is appropriate to reimburse the Receiver $232.97 for the expenses listed in the Receiver's Application.

It is therefore ORDERED AND ADJUDGED that

1. The Receiver's First Application for Payment of Services Rendered and Reimbursement for Costs Incurred (Dkt. 126) is GRANTED.

2. The Receiver is authorized to pay himself, or his law firm as appropriate, the sum of $58,548.75 for services rendered during the First Interim Fee Period.

3. The Receiver is also authorized to pay himself, or his law firm as appropriate, the sum of $232.97 reimbursement for costs and expenses incurred during the First Interim Fee Period.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1825 Receiver Application.docx