UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OFFICE OF THE ATTORNEY
GENERAL and STATE OF
CONNECTICUT,

    Plaintiffs,

v().                                                  Case No: 8:14-cv-1825-T-30MAP

LITIGATION LAW, LLC, THE
RESOLUTION LAW GROUP, P.C., THE
RESOLUTION LAW CENTER, LLC,
ONISAK, LLC, REMARQUE
HOLDINGS, LLC and CHRISTOPHER
WRIGHT FOX,

    Defendants.
_____

## **ORDER**

THIS CAUSE comes before the Court upon the Receiver's Verified Application for Payment for Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Dkt. 135), Receiver's Second and Final Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Dkt. 136), and the Statement of Vincent A. Jankkoski, Esq. in Response to Receiver's Verified Application for Payment of Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Dkt. 139). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Receiver's Verified Application for Payment for Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Dkt. 135) is GRANTED.

2. The Receiver's Second and Final Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Dkt. 136) is GRANTED.

3. Fees and costs in the sum of $15,552.63 shall be paid by Receiver to Akerman LLP within thirty (30) days of the date of this Order.

4. Fees and costs in the sum of $34,590.68 shall be paid by Receiver Mark J. Bernet to himself within thirty (30) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of October, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record